UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JACQUELINE A. WHITING,

     Plaintiff,

                                          Case No. 1:19-cv-559

v.

                                          HON. JANET T. NEFF

COMMISSIONER OF SOCIAL SECURITY,

     Defendant.

_____/

## <u>ORDER</u>

Plaintiff seeks judicial review of a decision of the Commissioner of the Social Security Administration.  42 U.S.C. § 405(g).  Defendant filed a Motion to Dismiss Plaintiff's Complaint (ECF No. 6).  The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on April 10, 2020, recommending that this Court grant the motion and that this action be dismissed.  The Report and Recommendation was duly served on the parties.  No objections have been filed.  See 28 U.S.C. § 636(b)(1).  Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 12) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion to Dismiss Plaintiff's Complaint (ECF No. 6) is GRANTED.

A Judgment will be entered consistent with this Order.

Dated:  May 5, 2020                         __/s/ Janet T. Neff_____
                                        JANET T. NEFF
                                        United States District Judge